**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

In re: ZAYAS, SANEVA RIDDICK          §   Case No. 15-27107
                                      §
                                      §
                                      §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Roger Schlossberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $415,647.81 | Assets Exempt: | $385,416.99 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $533,345.46 | Claims Discharged Without Payment: | $31,130.55 |
| Total Expenses of Administration: | $70,907.00 | | |

3) Total gross receipts of $604,252.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $604,252.46 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $329,850.29 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $70,752.16 | $70,907.00 | $70,907.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $9,463,931.81 | $6,371,790.76 | $564,476.01 | $533,345.46 |
| **TOTAL DISBURSEMENTS** | $9,793,782.10 | $6,442,542.92 | $635,383.01 | $604,252.46 |

4) This case was originally filed under chapter 7 on 12/11/2015. The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2021

By: /s/ Roger Schlossberg
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in RSP Professional Group LLC | 1241-000 | $604,252.46 |
| **TOTAL GROSS RECEIPTS** | | **$604,252.46** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Prince George's County, Maryland c/o Meyers, Rodbell & Rosenbaum, P.A. | 4800-000 | NA | $0.00 | $0.00 | $0.00 |
| 7 | Prince George's County, Marylandc/o Meyers, Rodbell & Rosenbaum, P.A. | 4800-000 | NA | $0.00 | $0.00 | $0.00 |
| 12 | Prince George's County, Marylandc/o Meyers, Rodbell & Rosenbaum, P.A. | 4800-000 | NA | $0.00 | $0.00 | $0.00 |
| 13 | Prince George's County | 4800-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Mercedes Benz Financial Services USA | 4110-000 | $41,925.60 | NA | NA | NA |
| N/F | Wells Fargo Bank, N.A. | 4110-000 | $199,112.31 | NA | NA | NA |
| N/F | Wells Fargo Bank, NA | 4110-000 | $88,812.38 | NA | NA | NA |
| | **TOTAL SECURED** | | **$329,850.29** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Roger Schlossberg | 2100-000 | NA | $33,462.62 | $33,462.62 | $33,462.62 |
| Trustee, Expenses - Roger Schlossberg | 2200-000 | NA | $236.10 | $236.10 | $236.10 |
| Fees, United States Trustee | 2950-000 | NA | $1,950.00 | $1,950.00 | $1,950.00 |
| Bond Payments - BOND | 2300-000 | NA | $51.23 | $51.23 | $51.23 |
| Bond Payments - Insurance Partners | 2300-000 | NA | $0.00 | $51.49 | $51.49 |
| Bond Payments - Insurance Partners Agency, Inc. | 2300-000 | NA | $0.00 | $103.35 | $103.35 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $1,229.88 | $1,229.88 | $1,229.88 |
| Banking and Technology Service Fee - People's United Bank | 2600-000 | NA | $1,121.60 | $1,121.60 | $1,121.60 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $364.16 | $364.16 | $364.16 |
| Attorney for Trustee Fees (Other Firm) - Shapiro Sher Guinot & Sandler | 3210-000 | NA | $30,539.50 | $30,539.50 | $30,539.50 |
| Attorney for Trustee Expenses (Other Firm) - Shapiro Sher Guinot & Sandler | 3220-000 | NA | $1,797.07 | $1,797.07 | $1,797.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$70,752.16** | **$70,907.00** | **$70,907.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank Discover Products Inc | 7100-000 | $1,556.16 | $1,589.55 | $1,589.55 | $822.08 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $3,143.16 | $3,143.16 | $3,143.16 | $1,625.57 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $3,582.74 | $3,685.88 | $3,685.88 | $1,906.25 |
| 5 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | $3,118.30 | $3,168.01 | $3,168.01 | $1,638.42 |
| 6 | Anne Arundel Diagnostics | 7100-000 | $415.13 | $1,676.00 | $1,676.00 | $866.79 |
| 8 | Allen Corporation of America | 7100-000 | $9,300,000.00 | $3,131,291.00 | $500,000.00 | $500,000.00 |
| 9 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,528.32 | $1,605.12 | $1,605.12 | $830.13 |
| 10 | Delores P. Riddick | 7100-000 | $75,294.00 | $18,017.24 | $13,055.70 | $6,752.10 |
| 11 | W.L. Riddick | 7100-000 | $75,294.00 | $76,323.80 | $36,552.59 | $18,904.12 |
| 14 | Allen Corporation of America, Inc. | 7100-000 | NA | $3,131,291.00 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$9,463,931.81** | **$6,371,790.76** | **$564,476.01** | **$533,345.46** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-27107 | Trustee Name: | (400210) Roger Schlossberg |
| --- | --- | --- | --- |
| Case Name: | ZAYAS, SANEVA RIDDICK | Date Filed (f) or Converted (c): | 12/11/2015 (f) |
| | | § 341(a) Meeting Date: | 01/19/2016 |
| For Period Ending: | 10/06/2021 | Claims Bar Date: | 02/06/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 4411 Rockdale Lane Single-family home 16990-238. Entire property value: $375000 | 375,000.00 | 0.00 | | 0.00 | FA |
| 2 | Mercedes C300 2015 24,216 4-door. Entire property value: $30076 | 30,076.00 | 0.00 | | 0.00 | FA |
| 3 | Living room: 4 couches; 3 tables; 2 lamps 1 TV; & VCR/DVD player; playstation & Xbox; assorted video games; assorted pictures & framed prints; Dining room: table & chairs; 2 china cabinets; 5 piece china set & crystal glasses; Bedroom: 4 beds; 2 chairs; 2 dressers; 1 chest of drawers; 1 desk; 2 mirrors; 1 lamp; Kitchen: table & chairs; Set of dishes, cookware and utensils; Area rugs; 4 computer; all in one scanner, printer & fax; pool table; treadmill; | 2,200.00 | 0.00 | | 0.00 | FA |
| 4 | Personal wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 1 watch - $75; Wedding ring & band set - $200; Yurman necklace-$75 | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Deposits of money - : Wells Fargo Crown Banking account xxx 5440 | 109.67 | 0.00 | | 0.00 | FA |
| 7 | Deposits of money - : M&T account XXX 0839 | 20.60 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money - : Capital One -- XXX 925 / 356 [with daughter] | 82.04 | 82.04 | | 0.00 | FA |
| 9 | Deposits of money - : Capital One XXX 8897 - [funds attached by creditor Allen Corporation of America] [owned jointly with husband] | 1,471.71 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money - : Capital One Bank XXX 4757 [custodian account for daughter] | 27.37 | 27.37 | | 0.00 | FA |
| 11 | Deposits of money - : Capital One Bank account XXX 4749 [custodian account with son] | 14.86 | 14.86 | | 0.00 | FA |
| 12 | Deposits of money - : Capital One XXX 2956 [custodian account with daughter] | 17.34 | 17.34 | | 0.00 | FA |
| 13 | Deposits of money - : Capital One Bank account XXX 2723 [custodian account with son] | 13.21 | 13.21 | | 0.00 | FA |
| 14 | IRA Wells Fargo | 110.01 | 0.00 | | 0.00 | FA |
| 15 | Balance of unused retainer: Marcus Bonsib, LLC, Joseph A. Compofelice, Jr. | 5,655.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 15-27107 | Trustee Name: | (400210) Roger Schlossberg |
| --- | --- | --- | --- |
| Case Name: | ZAYAS, SANEVA RIDDICK | Date Filed (f) or Converted (c): | 12/11/2015 (f) |
| | | § 341(a) Meeting Date: | 01/19/2016 |
| For Period Ending: | 10/06/2021 | Claims Bar Date: | 02/06/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 16 | Interest in RSP Professional Group LLC (u)<br>5/9/2018 Order Approving Settlement and Compromise<br>4/11/18 Notice of Compromise and Settlement-$600,000.00<br>11/23/16 Adv. filed against American Express for not less than $1,461,860.88 (Adv. No. 16-546)<br>5/13/18 RSP Professional Group LLC filed Chapter 11 | 0.00 | 0.00 | | 604,252.46 | FA |
| 17 | Professional Partners, LLC<br>100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets Totals (Excluding unknown values)** | **$415,647.81** | **$154.82** | | **$604,252.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

    10/6/21 TDR submitted for approval
    9/30/21 Zero bank account
    8/12/21 Order Approving Compensation entered
    7/15/21 TFR approved; NFR mailed; Order due 8/9/21
    6/23/21 TFR submitted for approval
    6/16/21 Shapiro Sher check cleared - process TFR
    6/9/21 Order Approving Compensation; pymt processed for Shapiro Sher (upon clearance, file TFR)
    5/11/21 Fee App filed - Shapiro Sher - $30,539.50 plus expenses $1,797.07
    4/30/21:  The Trustee continues to await the filing by Shapiro Sher Guinot & Sandler of its final Fee Application.  The Trustee has provided Richard M. Goldberg, Esquire, a firm drop-dead deadline of May 15, 2021 for said filing; in the event no such Application is filed by that date, the Trustee will move with alacrity to file his TFR without inclusion of the same.
    3/10/21 email exchange with Mr. Goldberg re: reminder to file fee app so that TFR filing can move forward
    5/15/20 received email from Mr. Goldberg indicating that a small fee app is due from their office re: RSP; once filed, this case is ready to TFR
    2/20 Claims filed by Prince George's County, Maryland were withdrawn (#13, #12, #7, #1)
    11/28/18 Trustee is reviewing claims filed by insiders (Debtor's parents) to determine if objections should be filed.
    11/13/18 Order Approving Settlement w/ Allen Corp.; funds remitted to creditor
    10/9/18 Notice of Approval of Settlement w/ Allen Corp.
    10/18 Trustee is negotiating a settlement with the largest unsecured creditor, Allen Corp.
    10/2/18 Order Consolidating Estates (Lead Case is Zayas 15-27107)
    6/22/2018 - Filing Motion for Substantive Consolidation, Trustee to file 9019 Motion
    4/18 settlement has been reached in the case of RSP v. American Express with a Notice filed on 4/11/18
    6/7/2017 - Depositions, etc were cancelled in RSP v. American Express due to Line Submitting Stipulated Protective Order Governing Production and Exchange of Confidential Information - hearing scheduled for 8/21/2017
    11/8/2016 Notice of Assets filed
    Case cont. to 6/29/2016 at 1:00 p.m.
    Case cont. to 5/3/16 at 1:00 p.m.
    Case cont. to 3/30/16 at 1:00 p.m.
    2/12/2016 - Order Granting Application to Employ Richard Goldberg
    1/20/2016 - Application to Employ Shapiro Sher Guinot & Sandler
    1/8/2016 - Order Granting Extension to May 20, 2016
    1/6/2016 - Consent Motion to Extend Deadlines
    1/5/2016 - Case cont. to 2/2/2016 at 9:30 a.m.

| Initial Projected Date Of Final Report (TFR): | 12/31/2017 | Current Projected Date Of Final Report (TFR): | 06/23/2021 (Actual) |
| --- | --- | --- | --- |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 15-27107
**Case Name:** ZAYAS, SANEVA RIDDICK

**For Period Ending:** 10/06/2021

**Trustee Name:** (400210) Roger Schlossberg
**Date Filed (f) or Converted (c):** 12/11/2015 (f)
**§ 341(a) Meeting Date:** 01/19/2016
**Claims Bar Date:** 02/06/2017

10/06/2021
Date

/s/Roger Schlossberg

Roger Schlossberg

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 15-27107 | Trustee Name: | Roger Schlossberg (400210) |
|---|---|---|---|
| Case Name: | ZAYAS, SANEVA RIDDICK | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7824 | Account #: | ******2100 Checking |
| For Period Ending: | 10/06/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/05/18 | {16} | RSP Professional Group LLC | balance of funds payable per Order Consolidating Estates entered 10/2/18 (Doc 69) | 1241-000 | 604,252.46 | | 604,252.46 |
| 10/16/18 | 101 | U.S. Trustee | RSP Professional Group LLC 16-6577: Quarter 3, 2018 | 2950-000 | | 1,625.00 | 602,627.46 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 364.16 | 602,263.30 |
| 11/13/18 | | Allen Corporation o America | final satisfaction of claims by Allen Corporation | 7100-000 | | 500,000.00 | 102,263.30 |
| 02/05/19 | 102 | U.S. Trustee | RSP Professional Group LLC 16-6577: Quarter 4, 2018 | 2950-000 | | 325.00 | 101,938.30 |
| 03/01/19 | 103 | Insurance Partners Agency, Inc. | Chapter 7 Blanket Bankruptcy Bond Renewal; Policy #3792892; Term: 3/1/19-3/1/2020 | 2300-000 | | 103.35 | 101,834.95 |
| 03/06/20 | 104 | Insurance Partners | Chapter 7 Blanket Bankruptcy Bond Renewal; Policy #3792895; Term 3/1/20-3/1/21 | 2300-000 | | 51.23 | 101,783.72 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 81.36 | 101,702.36 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 162.55 | 101,539.81 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 156.88 | 101,382.93 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 172.84 | 101,210.09 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 167.16 | 101,042.93 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 156.11 | 100,886.82 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 172.01 | 100,714.81 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 160.97 | 100,553.84 |
| 11/18/20 | | Transfer Debit to People's United Bank acct XXXXXX5014 | Transition Debit to People's United Bank acct XXXXXX5014 | 9999-000 | | 100,553.84 | 0.00 |
| | | **COLUMN TOTALS** | | | 604,252.46 | 604,252.46 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 100,553.84 | |
| | | **Subtotal** | | | 604,252.46 | 503,698.62 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $604,252.46 | $503,698.62 | |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)       ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 15-27107 | Trustee Name: | Roger Schlossberg (400210) |
|---|---|---|---|
| Case Name: | ZAYAS, SANEVA RIDDICK | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***7824 | Account #: | ******5014 Checking Account |
| For Period Ending: | 10/06/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/20 |  | Transfer Credit from Mechanics Bank acct XXXXXX2100 | Transition Credit from Mechanics Bank acct XXXXXX2100 | 9999-000 | 100,553.84 |  | 100,553.84 |
| 11/30/20 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 155.36 | 100,398.48 |
| 12/31/20 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 176.53 | 100,221.95 |
| 01/29/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 155.26 | 100,066.69 |
| 02/26/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 149.68 | 99,917.01 |
| 03/02/21 | 1000 | Insurance Partners | Chapter 7 Trustee Blanket Bond: 3/1/21-3/1/22 Policy #3792895; Inv. 636676 | 2300-000 |  | 51.49 | 99,865.52 |
| 03/31/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 176.12 | 99,689.40 |
| 04/30/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 159.77 | 99,529.63 |
| 05/28/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 148.88 | 99,380.75 |
| 06/09/21 | 1001 | Shapiro Sher Guinot & Sandler | per Order entered 6/9/21 |  |  | 32,336.57 | 67,044.18 |
|  |  |  | per Order entered 6/9/21 $30,539.50 | 3210-000 |  |  |  |
|  |  |  | per Order entered 6/9/21 $1,797.07 | 3220-000 |  |  |  |
| 08/13/21 | 1002 | Roger Schlossberg | Combined trustee compensation & expense dividend payments. |  |  | 33,698.72 | 33,345.46 |
|  |  | Roger Schlossberg | Claims Distribution - Wed, 06-23-2021 $33,462.62 | 2100-000 |  |  |  |
|  |  | Roger Schlossberg | Claims Distribution - Wed, 06-23-2021 $236.10 | 2200-000 |  |  |  |
| 08/13/21 | 1003 | Discover Bank Discover Products Inc | 15-27107 SANEVA RIDDICK ZAYAS Claim No. 2 allowed in the amount of $1,589.55 paid at 51.72% | 7100-000 |  | 822.08 | 32,523.38 |
| 08/13/21 | 1004 | Capital One Bank (USA), N.A. | Combined dividend payments for Claim #3, 4 |  |  | 3,531.82 | 28,991.56 |
|  |  | Capital One Bank (USA), N.A. | Claims Distribution - Wed, 06-23-2021 $1,625.57 | 7100-000 |  |  |  |
|  |  | Capital One Bank (USA), N.A. | Claims Distribution - Wed, 06-23-2021 $1,906.25 | 7100-000 |  |  |  |
| 08/13/21 | 1005 | American Express Centurion Bank c/o Becket and Lee LLP | 15-27107 SANEVA RIDDICK ZAYAS Claim No. 5 allowed in the amount of $3,168.01 paid at 51.72% | 7100-000 |  | 1,638.42 | 27,353.14 |
| 08/13/21 | 1006 | Anne Arundel Diagnostics | 15-27107 SANEVA RIDDICK ZAYAS Claim No. 6 allowed in the amount of $1,676.00 paid at 51.72% | 7100-000 |  | 866.79 | 26,486.35 |

Page Subtotals:   $100,553.84   $74,067.49

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

| | Form 2 | Exhibit 9 |
|---|---|---|
| | Cash Receipts And Disbursements Record | Page: 3 |

| | | |
|---|---|---|
| Case No.: 15-27107 | Trustee Name: | Roger Schlossberg (400210) |
| Case Name: ZAYAS, SANEVA RIDDICK | Bank Name: | People's United Bank |
| Taxpayer ID #: **-***7824 | Account #: | ******5014 Checking Account |
| For Period Ending: 10/06/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/13/21 | 1007 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 15-27107 SANEVA RIDDICK ZAYAS Claim No. 9 allowed in the amount of $1,605.12 paid at 51.72% | 7100-000 | | 830.13 | 25,656.22 |
| 08/13/21 | 1008 | Delores P. Riddick | 15-27107 SANEVA RIDDICK ZAYAS Claim No. 10 allowed in the amount of $13,055.70 paid at 51.72% | 7100-000 | | 6,752.10 | 18,904.12 |
| 08/13/21 | 1009 | W.L. Riddick | 15-27107 SANEVA RIDDICK ZAYAS Claim No. 11 allowed in the amount of $36,552.59 paid at 51.72% | 7100-000 | | 18,904.12 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 100,553.84 | 100,553.84 | $0.00 |
| Less: Bank Transfers/CDs | | 100,553.84 | 0.00 | |
| Subtotal | | 0.00 | 100,553.84 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $100,553.84 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** | 15-27107 |
| **Case Name:** | ZAYAS, SANEVA RIDDICK |
| **Taxpayer ID #:** | **-***7824 |
| **For Period Ending:** | 10/06/2021 |

| | |
|---|---|
| **Trustee Name:** | Roger Schlossberg (400210) |
| **Bank Name:** | People's United Bank |
| **Account #:** | ******5014 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2100 Checking | $604,252.46 | $503,698.62 | $0.00 |
| ******5014 Checking Account | $0.00 | $100,553.84 | $0.00 |
| | **$604,252.46** | **$604,252.46** | **$0.00** |

10/06/2021
Date

/s/Roger Schlossberg
Roger Schlossberg

UST Form 101-7-TDR (10 /1/2010)